# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ELVA DALE GORE, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | No. 4:04cv951 SNL/TIA |
| JO ANNE B. BARNHART, Commissioner ) of Social Security, ) ) ) | |
| Defendant. ) | |

## ORDER

The review and recommendation of United States Magistrate Judge Terry I. Adelman (#17), filed August 23, 2005, is before the Court. Neither party has responded. After review of the file, it appears that the recommendation should be adopted.

**IT IS HEREBY ORDERED** that the review and recommendation of United States Magistrate Judge Terry I. Adelman is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner be and is **AFFIRMED**.

Dated this 26th day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE